UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON ISRAEL, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3: 06cv0224 AS |
| | ) | |
| EDWIN BUSS, | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM, OPINION, AND ORDER*

This court has now given close attention to the filing by the Attorney General of Indiana on April 18, 2007 in response to this court's memorandum and Order of March 30, 2007. It would appear that the response by the Attorney General more than satisfies the concerns of this court as reflected in its memorandum and order of March 30, 2007 and certainly complies with the demands of *Piggie v. Cotton,* 344 F.3d 674 (7th Cir. 2003). *See also Gaither v. Anderson*, 236 F.3d 817 (7th Cir. 2000). There is also foreign testimony that the tape in question is no longer available to anyone.

For all of these reasons, this case is now to be considered as **CLOSED**. **IT IS SO ORDERED**.

DATED: May 4, 2007

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**